■ JOHN LA VIGNA, Appellant, v COUNTY OF WESTCHESTER et al., Defendants, and VILLAGE OF HARRISON, Respondent.—Order, Supreme Court, Westchester County (Aldo Nastasi, J.), entered April 21, 1989, which, *inter alia,* dismissed plaintiff's complaint against defendant Village of Harrison, on the ground that it was served in violation of General Municipal Law § 50-h (5), is unanimously affirmed, without costs.

Plaintiff concedes that, pursuant to General Municipal Law § 50-h (1), a hearing was noticed, that it was repeatedly adjourned, at his request, and that he served a summons and

complaint against the Village of Harrison before the hearing was held. The law is well established that, until a potential plaintiff has complied with General Municipal Law § 50-h (1), he is precluded from commencing an action against a municipality. (General Municipal Law § 50-h [5]; *see, Restivo v Village of Lynbrook,* 84 AD2d 831; *Lowinger v City of New York,* 64 AD2d 888.) Concur—Murphy, P. J., Carro, Rosenberger, Kassal and Smith, JJ.